In an emergency situation, the Covered Person may go to the nearest Hospital, and benefits will be paid at the Network rate as long as the Covered Person is transferred to a Network Hospital when his or her condition is stabilized. If an emergency occurs outside the PPO Network area, benefits will be paid at the In-Network rate as out of area.

Referrals out of the Network by a Network Provider to a Non-Network Provider will be paid at the Network Provider level of benefits. If there are no Specialists available in the Network, benefits will be paid at the Network level. Any Non-Network claim negotiated and receiving a discount will be paid at the Network Provider benefit level.

Additional information about this option will be given to the Covered Person and updated as needed.

## DEDUCTIBLES/CO-PAYMENTS PAYABLE BY PLAN PARTICIPANTS

Deductibles and co-payments are dollar amounts that the Covered Person must pay before the Plan pays.

A Deductible is an amount of money that is paid once per Calendar Year per Covered Person. Deductibles must be paid before any money is paid by the Plan for any covered services (unless payment of the Deductible is waived for certain services). Each January 1st, a new Deductible amount is required. Deductibles do not accrue toward the maximum Out-of-Pocket payment. **All claims must be received for processing within 120 days from date of service. Claims not received by TLC Benefit Solutions, Inc. within 120 days from the date of service, will be denied.**

A Co-payment is a smaller amount of money that is paid each time a particular service is used. There may be Co-payments on some services and other services will not have any co-payments. Co-payments do not accrue toward the maximum Out-of-Pocket payment or toward the Deductible.


Exhibit I to Plaintiff's Memorandum in Opposition

Langdale Company Employee Benefit Plan

Amendment to Plan Document and Summary Plan Description
Amendment No. 1

Effective: January 1, 2009

The Langdale Company Employee Benefit Plan (the "Plan") Plan Document and Summary Plan Description (the "Plan Documents") are hereby amended as follows:

1.

Section 6, Schedule of Benefits, Page 6-4 Preventive/Wellness Adult shall be amended as follows:

The paragraph following the list of routine services will be amended to delete the amount of "$300.00" and replace with the amount "$500.00".

Maximum Benefit Per Calendar Year – 100% Up to $300.00 will be deleted in his entirety and replaced with the following: Maximum Benefit Per Calendar Year – 100% Up to $500.00.

2.

Section 6, "SCHEDULE OF BENEFITS," is amended to add the following under "Benefit Percentages Payable After Satisfaction of the Deductible" table, page 6-7.

| | NETWORK PROVIDERS | QHP NETWORK Outside Valdosta Area Only | NON-NETWORK PROVIDERS |
|---|---|---|---|
| Temporomandibular Joint Dysfunction | 80% | 90% | 50% |
| Lifetime Maximum | $500 | $500 | $500 |

3.

Section 6, "SCHEDULE OF BENEFITS," is amended to add the following under "Benefit Percentages Payable After Satisfaction of the Deductible" table, page 6-8.

"The Deductible, Out-of-Pocket Limit and Maximum are NOT combined for Network and Non- Network Providers."

Exhibit I to Plaintiff's Memorandum in Opposition

**Section 13, "PLAN EXCLUSIONS,"** is amended as follows:

Exclusion (8) is deleted in entirety and replaced with the following:

> **(8) Excess Charges.** The part of an expense for care and treatment of an Injury or Sickness that is in excess of the Usual and Customary Charge, or, for claims audited under the Claim Review and Audit Program, excess charges are the amount which is found to be in excess of the Allowable Claim Limits. Please refer to the section, "Claim Review and Audit" for additional information regarding Allowable Claim Limits.

Add exclusion #51 as follows:

> **"Provider Negligence.** No benefits are payable in connection with expenses resulting from or associated with: (1) the unintended retention of a foreign object in a patient following an invasive procedure, (2) errors involving the use/administration of medications, gases, intravenous fluids and/or biological drugs, including the use of contaminated or expired substances, (3) a hemolytic reaction due to the administration of ABO/HLA-incompatible blood or blood products or tissue, (4) injuries acquired following admission to a health care facility, unless resulting entirely from the patient's own negligence or while intending to do harm to himself/herself, (5) surgery performed on the wrong patient or body part, or performance of the wrong surgical procedure, (6) burns or Stage 3 or 4 pressure ulcers acquired following admission to a health care facility, (7) expenses relating to the repair or replacement of a defective implant/device, or (8) intravascular air embolism or blockage, catheter-associated urinary tract infection or vascular catheter-associated infection."

Add exclusion #52 as follows:

> "Robotic Charges. Robotic charges are not eligible under the Plan."

Exhibit I to Plaintiff's Memorandum in Opposition

5.

**Section 16, "Claim Review and Audit Program"**, page 16-1 and 16-2 is hereby deleted in its entirety and replaced with the following:

**Claim Review and Audit Program**

The Plan has arranged with the "Designated Decision Maker" ("DDM") for a program of claim review and auditing in order to identify charges billed in error, charges for excessive or unreasonable fees and charges for services which are not medically appropriate. Benefits for claims which are selected for review and auditing will be reduced for any charges that are determined to be in excess of Allowable Claim Limits (as defined below). This determination of Allowable Claim Limits under this Program will supersede any Plan provisions related to application of a usual, customary or reasonable fee determination.

Medical care providers will be notified of any charges that are found to be in excess of Allowable Claim Limits, and allowed to file an appeal of the determination in accordance with the requirements of the Plan. If a Covered Person continues to receive billings from the medical care provider for these charges, he or she should contact the DDM or the Plan Administrator for assistance. The Covered Person will remain responsible for payment required through any cost-sharing features of the Plan, such as Deductibles, Coinsurance and Co-payments, and any amounts otherwise excluded or limited according to the terms of the Plan (other than amounts determined to be in excess of Allowable Claim Limits).

The success of this program will be achieved through a comprehensive review of detailed records including, for example, itemized charges and descriptions of the services and supplies provided. Without this detailed information, the Plan will be unable to make a determination of the amount of covered medical expense that may be eligible for reimbursement. Any additional information required for the audit will be requested directly from the provider of service and the Covered Person. In the event that the Plan Administrator does not receive information adequate for the claim review and audit within the time limits required under ERISA, it will be necessary to deny the claim. Should such a denial be necessary, the Covered Person and/or the provider of service may appeal the denial in accordance with the provisions which may be found in the section, "Procedures for Claims and Appeals" in this Summary Plan Description.

In the following provisions of the Claim Review and Audit Program, the term "Plan Administrator" shall be deemed to mean the "Designated Decision Maker" ("DDM"):

"Allowable Claim Limits" means the charges for services and supplies, listed and included as covered medical expenses under the Plan, which are Medically Necessary for the care and treatment of illness or injury, but only to the extent that such fees are within the Allowable Claim Limits. Determination that a charge is within the Allowable Claim Limit will be made by the Plan Administrator and will include, but not be limited to, the following guidelines:

Exhibit I to Plaintiff's Memorandum in Opposition

1. <u>Hospital</u>. The Allowable Claim Limit for charges by a Hospital facility and for charges by facilities which are owned and operated by a Hospital will be based upon 112% of the Hospital's most recent departmental cost ratio, reported to the Centers for Medicare and Medicaid Services ("CMS") and published in the <u>American Hospital Directory</u> as the "Medicare Cost Report" (the "CMS Cost Ratio").

   *If a provider or facility is a Hospital or is owned or operated by a Hospital, or if the Plan is able to identify a current CMS Cost Ratio that applies to the provider or facility, then the CMS Cost Ratio will be used to determine the Allowable Claim Limit. Otherwise, bullets #2 thru #5 will apply.*

2. <u>Pharmaceuticals</u>. The Allowable Claim Limit for pharmacy charges, ~~other than drugs used in the treatment of cancer ("Oncology Drugs") which are listed separately below,~~ by a provider which does not report cost ratios to CMS will be determined by applying the Average Wholesale Price (AWP) as defined by <u>REDBOOK</u> at the rate of 112% of AWP.

3. <u>Medical and Surgical Supplies, Implants, Devices</u>. The Allowable Claim Limit for charges for medical and surgical supplies made by a provider which does not report cost ratios to CMS will be based upon invoice price to the provider, plus 12%. The documentation used as the resource for this determination will include, but not be limited to, invoices, receipts, cost lists or other documentation as deemed appropriate by the Plan Administrator.

4. <u>Lab, X-ray, Therapy and Physician</u>. The Allowable Claim Limit for these services which are rendered by a provider which does not report cost ratios to CMS will be determined based upon a comparison with the fees of other providers rendering the same type of service in the same geographic region. The Allowable Claim Limit for such service will not exceed the amount of the fees for comparable services in the geographic region at the 90th percentile, which is the highest percentile reflected in the <u>Physician Fee Reference</u> ("PFR").

5. <u>Ambulatory Surgery Centers.</u> The Allowable Claim Limit for Ambulatory Surgical Centers which are independent facilities that do not report cost ratios to CMS will be based upon the Medicare allowed amount for the services in the geographic region, plus 20%.

Exhibit I to Plaintiff's Memorandum in Opposition

6. **Ancillary (other) Medical and/or Surgical Services.** The Allowable Claim Limit for services not otherwise listed above will be calculated based upon industry-standard resources including, but not limited to, CMS Cost Ratios, Medicare allowed fees (by geographic region), published and publicly available fee and cost lists and comparisons, any resources listed in the categories above, or any combination of such resources that results in the determination of a reasonable expense under the Plan, in the opinion of the Plan Administrator. The Allowable Claim Limit for these services will be calculated using one or more of the industry-standard resources, plus 12%.

7. **Unbundling.** The Allowable Claim Limit will not include charges for any items billed separately that are customarily included in a global billing procedure code in accordance with American Medical Association's CPT® (Current Procedural Terminology) and/or the Healthcare Common Procedure Coding System (HCPCS) codes used by CMS.

8. **Errors.** The Allowable Claim Limits will not include any identifiable billing mistakes including, but not limited to, upcoding, duplicate charges, and charges for services not performed. Allowable Claim Limits also will not include charges that are required to treat injuries sustained or illnesses contracted, including infections and complications, which, in the opinion of the Plan Administrator and based upon the medical records of the treatment, can be attributed to a medical error by the provider.

9. **Medical Record Review.** In the event that the Plan, based upon a medical record review and audit, determines that a different treatment or different quantity of a drug or supply was provided which is not supported in the billing, then the Plan Administrator may determine the Allowable Claim Limit according to the medical record review and audit results.

10. **Not Able to Identify or Understand.** The Allowable Claim Limits will not include any charges for which the Plan Administrator cannot identify or understand the item(s) being billed.

11. **Oncology Drugs and Biologics.** The Allowable Claim Limit for drugs and biologics used in the treatment of cancer will be based upon the Medicare ASP (Average Sales Price) plus 12%. For purposes of this provision, "ASP" means a manufacturer's average price to all purchasers, net of discounts, rebates, chargebacks, and credits for drugs. ASP is determined using manufacturer's sales reports, which include information on total units sold and total revenue for each drug, and is subject to audit by Medicare.

Exhibit I to Plaintiff's Memorandum in Opposition

In the event that the Plan Administrator determines that insufficient information is available to identify the Allowable Claim Limit for a specific service or supply using the listed guidelines above, consideration will be given to such fees for the geographic location, the most comparable services or supplies and based upon comparative severity. The Plan Administrator reserves the right, in its sole discretion, to determine any Allowable Claim Limit amount for certain conditions, services and supplies using accepted industry-standard documentation, uniformly applied without discrimination to any Covered Person.

Notwithstanding any conflicting contracts or agreements, the Plan may consider the Allowable Claim Limits as the maximum amount of Covered Medical Expense that may be considered for reimbursement under the Plan, and may apply this determination in lieu of any PPO network provider hospitals' per diem, DRG rates or PPO discounted rates as the amount considered for reimbursement under the Plan.

## 6.

**Section 12, "Defined Terms"**, is amended as follows:

The definition for "Experimental", which may be found on pages 12-4 and 12-5, is hereby deleted in its entirety and replaced with the following:

**Experimental** means services, supplies, care, procedures, treatments or courses of treatment, which the Plan Administrator, in its sole discretion, determines one or more of the following:

1) The services, supplies, care, procedures, treatments or courses of treatment are not generally accepted by informed health care professionals as effective in treating the condition, illness or diagnosis for which it is proposed;

2) The services, supplies, care, procedures, treatments or courses of treatment are not proven by scientific evidence to be effective in treating the condition, illness or diagnosis for which it is proposed; or

3) The proposed drug or supply has not received final approval to market by the U.S. Food & Drug Administration.

In the context of drugs used in the treatment of cancer, the use of a drug will not be considered experimental and/or investigative where the use of the drug has been recognized as safe and effective for the treatment of the specific type of cancer in the Drugs and Biologics Compendium published by the National Comprehensive Cancer Network.

Exhibit I to Plaintiff's Memorandum in Opposition

**7.**

**Section 15, "Prescription Drug Benefits"**, is amended as follows:

The following new paragraph is added to the section, "Pharmacy Drug Charge", which may be found on page 15-1:

> Certain drugs for the treatment of cancer ("Oncology Drugs") will be considered under the Claim Review and Audit Program, which is described in Section 16 of this SPD. Eligible claims will be evaluated to determine the Allowable Claim Limits, and benefits will be paid for covered expenses based upon the Plan's provisions applicable to the provider type, place of service and type of service as described in Section 7.

**8.**

**Section 17, "Claims and Appeals"**, is amended as follows:

The section "Provider of Service Appeal Rights", which may be found on page 17-9 is amended to delete the last paragraph and to replace it with the following:

Also, for purposes of this section, if a provider indicates on a Form UB or on a Form HCFA (or similar claim form) that the provider has an assignment of benefits, then the Plan will require no further evidence that benefits are legally assigned to that provider. Contact the Plan Administrator for additional information regarding provider of service appeals.

**9.**

**Throughout the Plan Documents**, the term, "Applicable Plan Limit" is replaced by the term, "Allowable Claim Limit", which is defined in Section 16, Claim Review and Audit Program.

Except as amended, the Plan shall remain in full force and effect.

PLAN SPONSOR

By: _Barbara Barrett_

Title: _Director of Benefits_

Exhibit I to Plaintiff's Memorandum in Opposition

## DEDUCTIBLES

| | NETWORK PROVIDERS | QHP NETWORK *Outside Valdosta Area Only* | NON-NETWORK PROVIDERS |
|---|---|---|---|
| **Calendar Year Deductible** | | | |
| Per Covered Person | $500 | | $1000 |
| Per Family Unit | $1500 | | No Limit |
| **Additional Deductibles/Penalties** | | | |
| Impairment Related Injury | $5000 | | $5000 |
| Child Safety Seat | $1000 | | $1000 |
| Safety Helmet | $1000 | | $1000 |
| Seat Belt | $1000 | | $1000 |
| Emergency Room for Primary Care | $150 | | $150 |
| Failure to Obtain Pre-Certification | $1000 | | $1000 |

## PLAN MAXIMUMS

**Calendar Year Maximum . . . . . . . . . $        0**

**Lifetime Maximum . . . . . . . . . . . . . .$750,000**

**There are other maximums on individual benefits as noted under Benefit Limits.**

## MAXIMUM OUT-OF-POCKET LIMIT PER CALENDAR YEAR

| | NETWORK PROVIDERS | QHP NETWORK *Outside Valdosta Area Only* | NON-NETWORK PROVIDERS |
|---|---|---|---|
| Per Covered Person | $3,000 | | No Limit |
| Per Covered Family Unit | $8,000 | | No Limit |

The Plan will pay the percentage of covered charges designated above until the maximum Out-of-Pocket payments are reached, at which time the Plan will pay 100% of the remainder of covered charges for the rest of the Calendar Year unless stated otherwise.

Expenses incurred for the following cannot be applied to the Out-of-Pocket Maximum:
1. Deductibles(s)
2. Co-Payment(s)
3. Mental Disorders Treatment Covered Charges
4. Substance Abuse Treatment Covered Charges
5. Additional Deductibles/Penalties



Exhibit I to Plaintiff's Memorandum in Opposition

## BENEFITS

**Preventive/Wellness Adult - One Wellness Exam Allowed Per Calendar Year with maximum benefit of $300. Any excess will apply to global benefits.***

Preventive/Wellness Care includes the following routine services:

| Adult Female Wellness | Adult Male Wellness |
|---|---|
| Complete physical exam w/Breast and Pelvic Exam<br>*Height *Weight *Pulse<br>*Blood Pressure *Respirations | Complete physical exam w/Prostate Screening<br>*Height *Weight *Pulse<br>*Blood Pressure *Respirations |
| Urinalysis, Pap Smear | Urinalysis, PSA |
| Cholesterol, FBS, TSH | Cholesterol, FBS, TSH |
| Chemistry Panel, Complete Blood Count with Differential | Chemistry Panel, Complete Blood Count with Differential |
| Digital Rectal Exam | Digital Rectal Exam |
| Fecal Occult Blood Test | Fecal Occult Blood Test |
| EKG | EKG |
| Chest X-Ray | Chest X-Ray |
| Mammogram *(one baseline age 35 - 40, one per year age 40 and over)*** | |
| Bone Density | Bone Density |
| Immunizations:<br>Pneumonia<br>Flu<br>Tetanus - Diphtheria - Every 10 Years | Immunizations:<br>Pneumonia<br>Flu<br>Tetanus - Diphtheria - Every 10 Years |

*Covered charges in excess of $300 for the visit will be subject to the Deductible, Co-Insurance and Out-of-Pocket maximums. Co-Payment does not apply toward the Calendar Year Deductible nor Out-of-Pocket.

*Benefits apply only when the Covered Person's PCP or Gynecologist provides services.* Please be aware that "SICK" office visits and "WELLNESS" office visits on the same day by the same Provider are not payable.

There is no benefit for Routine Venipuncture, Lab Handling Fees and Administration of Injections when provided during a Preventive/Wellness Visit. This will be considered a Non-Covered Service.

**Additional mammograms may be allowable if determined to be necessary by a physician and approved by the Plan Sponsor.*

| | NETWORK PROVIDERS | QHP NETWORK<br>*Outside Valdosta Area Only* | NON-NETWORK PROVIDERS |
|---|---|---|---|
| Office Visit | $35 Co-Payment | | 50% After Deductible |
| Deductible | Waived | | Subject to Deductible |
| Maximum Benefit Per Calendar Year | 100% Up to $300 | | Does Not Apply |
| Percentage Payable Over $300 | Deductible 80% | Deductible 90% | Deductible 50% |


THE LANGDALE COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

## Preventive/Wellness Pediatric

Preventive/Wellness Pediatric Care includes covered Dependents up to age 17.

Complete Physical Exam with age appropriate lab.

Vision Screening, Developmental Assessment

Hearing Screening, Anticipatory Guidance

Immunizations as Scheduled

There is no benefit for Routine Venipuncture, Lab Handling Fees and Administration of Injections when provided during a Preventive/Wellness Visit. This will be considered a Non-Covered Service.

Covered charges in excess of $300 per visit will be subject to the Deductible, co-insurance and Out-of-Pocket amounts. Co-Payment does not apply toward the Calendar Year Deductible.

*Benefits apply only when the Covered Person's PCP or Pediatrician provides services.* Please be aware that "SICK" office visits and "WELLNESS" office visits on the same day by the same Provider are not payable.

| | NETWORK PROVIDERS | QHP NETWORK *Outside Valdosta Area Only* | NON-NETWORK PROVIDERS |
|---|---|---|---|
| Office Visit | $35 Co-Payment | | 50% After Deductible |
| Deductible | Waived | | Subject to Deductible |
| Maximum Benefit Per Visit | 100% Up to $300 | | Does Not Apply |
| Percentage Payable Over $300 | Deductible 80% | Deductible 90% | Deductible 50% |



Exhibit I to Plaintiff's Memorandum in Opposition

## BENEFITS Continued

### Primary Care

You are eligible for Primary Care benefits only when services are provided by a PCP.* Please be aware that "SICK" office visits and "WELLNESS" office visits on the same day by the same Provider are not payable.

Your PCP is your personal doctor. He or she will provide your routine medical care and refer you to a specialist or Hospital if he or she determines you need additional care. Whether you are sick, need a checkup or have a medical question, you should call your PCP first.

*A Primary Care Physician (PCP) can be selected from practitioners in Family/General Practice, Internal Medicine, Obstetrics & Gynecology, or Pediatrics (for children) as approved by the Plan Administrator.

### Primary Care Adult

The PCP Co-Payment applies to the office visit only. Laboratory services and tests associated with the visit will be paid under major medical with Deductible applied and balance paid within Plan limits. PCP Co-Payment benefit is limited to two (2) visits per year for Gynecological visits. Any additional visits will be paid under Major Medical. There is no benefit for Routine Venipuncture, Lab Handling Fees and Administration of Injections when provided during a Primary Care Visit. This will be considered a Non-Covered Service. Co-Payment does not apply toward the Deductible nor the Out-of-Pocket Maximum.

| | NETWORK PROVIDERS | QHP NETWORK *Outside Valdosta Area Only* | NON-NETWORK PROVIDERS |
|---|---|---|---|
| Office Visit | $35 Co-Payment 100% up to $200 | | 50% After Deductible |
| Deductible | $500 | | $1,000 |
| Percentage Payable Over $200 | 80% | 90% | 50% |

### Primary Care Pediatric

The Pediatric Care Co-Payment applies to the office visit only. Laboratory services and tests associated with non-wellness visit will be paid under major medical with Deductible applied and balance paid within Plan limits. Co-Payment does not apply toward the Deductible nor the Out-of-Pocket Maximum. There is no benefit for Routine Venipuncture, Lab Handling Fees and Administration of Injections when provided during a Primary Care Visit. This will be considered a Non-Covered Service.

| | NETWORK PROVIDERS | QHP NETWORK *Outside Valdosta Area Only* | NON-NETWORK PROVIDERS |
|---|---|---|---|
| Office Visit | $35 Co-Payment 100% up to $200 | | 50% After Deductible |
| Deductible | $500 | | $1,000 |
| Percentage Payable Over $200 | 80% | 90% | 50% |

THE LANGDALE COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

| | NETWORK PROVIDERS | QHP NETWORK Outside Valdosta Area Only | NON-NETWORK PROVIDERS |
|---|---|---|---|
| **Benefit Percentages Payable After Satisfaction of the Deductible** | | | |
| Emergency Room Treatment | 80% | 90% | 50% |
| Additional Deductible/Penalty for Primary Care Received in Emergency Room | $150 | $150 | $150 |
| Out-of-Area/Medical Emergencies | 80% | 90% | 80% |
| Ambulance Service Limited to Medical Necessity | 80% | 90% | 80% |
| Physician Services<br>Inpatient<br>Outpatient<br>Surgical<br>Specialty | 80%<br>80%<br>80%<br>80% | 90%<br>90%<br>90%<br>90% | 50%<br>50%<br>50%<br>50% |
| Second and/or Third Surgical Opinion | 100% | | 100% |
| Hospital Care Services<br>Inpatient<br>Outpatient | 80%<br>80% | 90%<br>90% | 50%<br>50% |
| Hospital Room and Board (Coverage limited to average semi-private room rate.) | 80% | 90% | 50% |
| Intensive Care Unit (Coverage limited to 3 times the facility's average semi-private room rate.) | 80% | 90% | 50% |
| Outpatient (Ambulatory) Surgery | 80% | 90% | 50% |
| Pregnancy Benefits Covered Employee or Covered Spouse | 80% | 90% | 50% |
| Hospice Care<br>Lifetime Maximum | 80%<br>$10,500 | 90%<br>$10,500 | 50%<br>$10,500 |
| Spinal Manipulation/ Chiropractic Services | 80% | 90% | 50% |
| Calendar Year Maximum | $1,000 | $1,000 | $1,000 |

THE LANGDALE COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

| BENEFITS Continued | NETWORK PROVIDERS | QHP NETWORK *Outside Valdosta Area Only* | NON-NETWORK PROVIDERS |
|---|---|---|---|
| Mental Disorders and Substance Abuse | | | |
| Treatment Limits Hospital Inpatient and Partial Hospitalizations | 50% | 50% | 50% |
| Calendar Year Maximum | 30 Days | 30 Days | 30 Days |
| Outpatient Care | 80% | 90% | 50% |
| Calendar Year Maximum | 52 Visits | 52 Visits | 52 Visits |

The above Covered Charges for Mental Disorders and Substance Abuse will not be counted in accumu-lating Covered Charges toward the Out-of-Pocket, nor will Covered Charges be subject to the 100% pay-ment after the maximum is reached. Benefit available only when service is provided by MD, PhD, LCSW, LMFT, LPC or APRN. (APRN) and Clinical Nurse Specialist (CNS) must be supervised by a physician who approves the treatment plan and therapy.

| | NETWORK PROVIDERS | QHP NETWORK | NON-NETWORK PROVIDERS |
|---|---|---|---|
| Skilled Nursing Facility Daily Limit | 80% One-half of the average semiprivate room rate of the Hospital from which the person was discharged | 90% One-half of the average semiprivate room rate of the Hospital from which the person was discharged | 50% One-half of the aver-age semiprivate room rate of the Hospital from which the person was discharged |
| Calendar Year Maximum | 120 Days | 120 Days | 120 Days |
| Home Health Care | 80% | 90% | 50% |
| Calendar Year Maximum | $10,000 | $10,000 | $10,000 |
| Maximum Visits, Per Day | 1 Visit | 1 Visit | 1 Visit |

Footer

THE LANGDALE COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

### Prescription Drug Benefit

Maintenance medications may be obtained through a retail pharmacy (30 days supply) or through mail-order/home delivery program (90 days supply).

| Calendar Year Deductible Per Individual | $50 | |
|---|---|---|
| **Plan Specification** | **Retail** | **Mail Order** |
| Deductible | $50/Covered Person No Covered Family Unit Maximum | $50/Covered Person No Covered Family Unit Maximum |
| Dispensed Amount | 31 Day Supply Maximum | 90 Day Supply Maximum |
| Use of Generic | Required | Required |
| Generic | $10 or 20% (Greater Amount) | $25 |
| Preferred (Formulary Brand) | $25 or 20% (Greater Amount) | $65 |
| Non-Preferred (Non-Formulary - Brand) | $50** or 30% (Greater Amount) | Not Eligible |
| Multi Source Innovator* | 100% Covered Person Responsibility | 100% Covered Person Responsibility |

**\*Multi Source (Innovator):** A Generic Drug is required. If a Brand Name Drug is requested by the Covered Person, the Covered Person will be required to pay 100% of the cost of the Brand Name Drug.

**\*\* Therapy Class Restrictions:**

1. **Proton Pump Inhibitors:** These are medications that are used to treat acid reflux and are often taken to relieve the symptoms of heart burn or indigestion. This class of medication includes (but is not limited to) Prilosec, Nexium, Prevacid, Aciphex, Protonix. Step Therapy Program for Proton Pump Inhibitors (PPI). The plan design for this therapy class requires that members use Omeprazole or Prilosec OTC as the first line of therapy in managing their condition. Coverage for second-line therapies is determined at the member level based on the presence or absence of first-line drugs in the member's claims history.

2. **Selective Serotonin Re-Uptake Inhibitors:** This class of medication includes (but is not limited to) Celexa, Lexapro, Prozac, Paxil, Zoloft. These medications will be covered for 180 days of therapy. After 180 days, continued coverage will require medical justification. Medical justification is a letter from the prescribing health care provider documenting your diagnosis and medical necessity. If after 180 days, medical justification has not been provided to Express Scripts, these medications will require you pay all the cost of the prescription. You will be required to provide documentation every 12 months from the physician prescribing your medication that documents you are under active treatment for your condition.

Exhibit I to Plaintiff's Memorandum in Opposition

## BENEFITS Continued

### Organ Transplant Coverage Limits

Organ Transplant Coverage provided by AIG LIFE Organ and Tissue Transplant Policy. For a listing of Covered Transplant Procedures, see Section 8 - Transplant Program.

Contact TLC Benefit Solutions, Inc. to obtain a copy of the Certificate of Organ and Transplant Coverage Policy 280-05890.

### Disease Management

Maintenance medications may be obtained through a retail pharmacy (30 days supply) or through mail-order/home delivery program (90 days supply).

| Calendar Year Deductible Per Individual | $0 | |
|---|---|---|
| **Plan Specification** | **Retail** | **Mail Order** |
| Dispensed Amount | 31 Day Supply Maximum | 90 Day Supply Maximum |
| Use of Generic | Required | Required |
| Generic | $5 | $10 |
| Preferred (Formulary Brand) | $15 | $25 |
| Non-Preferred (Non-Formulary - Brand) | $25 | Not Eligible |
| Multi Source Innovator* | 100% Covered Person Responsibility | 100% Covered Person Responsibility |

| Tobacco Cessation (Nicotine addiction due to smoking or smokeless tobacco.) | |
|---|---|
| Prescriptions/Over the Counter (OTC) | Plan will pay 100% for Tobacco Cessation Prescriptions or OTC medications once per Calendar Year. |
| Calendar Year Maximum | 60 Days Supply |

THE LANGDALE COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

# 16. CLAIM REVIEW AND AUDIT

The Plan has arranged with the "Designated Decision Maker" ("DDM") for a program of claim review and auditing in order to identify charges billed in error, charges for excessive or unreasonable fees and charges for services which are not medically appropriate. Benefits for claims which are selected for review and auditing will be reduced for any charges that are determined to be in excess of Applicable Plan Limits (as defined below).

Medical care providers will be notified of any charges that are found to be in excess of Applicable Plan Limits, and allowed to file an appeal of the determination in accordance with the requirements of the Plan. If a Covered Person continues to receive billings from the medical care provider for these charges, he or she should contact the DDM or the Plan Administrator for assistance. The Covered Person will remain responsible for payment required through any cost-sharing features of the Plan, such as Deductibles, Coinsurance and Copayments, and any amounts otherwise excluded or limited according to the terms of the Plan (other than amounts determined to be in excess of Applicable Plan Limits).

The success of this program will be achieved through a comprehensive review of detailed records including, for example, itemized charges and descriptions of the services and supplies provided. Without this detailed information, the Plan will be unable to make a determination of the amount of covered medical expense that may be eligible for reimbursement. Any additional information required for the audit will be requested directly from the provider of service, and the Covered Person will be notified of this request. In the event that the Plan Administrator does not receive information adequate for the claim review and audit within the time limits required under ERISA, it will be necessary to deny the claim. Should such a denial be necessary, the Covered Person and/or the provider of service may appeal the denial in accordance with the provisions which may be found in the section, "Claims and Appeals" in this summary plan description.

In the following provisions of the Claim Review and Audit Program, the term "Plan Administrator" shall be deemed to mean the "Designated Decision Maker" ("DDM"):

"Applicable Plan Limits" means the charges for services and supplies, listed and included as covered medical expenses under the Plan, which are Medically Necessary for the care and treatment of Sickness or Injury, but only to the extent that such fees are within the Applicable Plan Limits. Determination that a charge is within the Applicable Plan Limit will be made by the Plan Administrator and will include, but not be limited to, the following guidelines:

1. **Pharmaceuticals.** The Applicable Plan Limit for pharmacy charge reimbursement will be determined by applying the Average Wholesale Price (AWP) as defined by REDBOOK at the following rates:
   (a) 200% of AWP if AWP is $100.00 or less; or
   (b) 110% of AWP if AWP is more than $100.00.

2. **Bundling/Unbundling/Upcoding/Error.** The health benefit claim may be reviewed to determine whether the claim contains any of the following errors: bundling; unbundling; upcoding and other errors. If it is determined that the claim contains any of the aforementioned errors, the Applicable Plan Limit that the Plan will consider for coverage for a health benefit claim will not include the amount of such discovered errors.

3. **Medical and Surgical Supplies.** The Applicable Plan Limit for charges for medical and sur-

THE LANGDALE COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

gical supplies will be based upon invoice price to the provider plus 10% using, as reference, invoices, receipts, cost lists or other documentation deemed appropriate by the Plan Administrator. Coverage for charges in excess of this price may be reduced to the Applicable Plan Limit amount.

4. **Lab, X-ray, Therapy and Physician.** Charges for these services will be compared with the fees of other providers rendering the same type of service in the same geographical region. If the billed charge exceeds the 90th percentile for the same service performed by other providers in the same geographic area, then the Applicable Plan Limit for such service will be the amount of the service charge at the 90th percentile, the highest percentile reflected in the Physician Fee Reference ("PFR").

5. **Implants.** The Applicable Plan Limit for charges for implants will be based upon invoice price to the provider plus 10% using, as reference, invoices, receipts, supplier cost list or other documentation deemed appropriate by the Plan Administrator. Coverage for charges in excess of this price may be reduced to the Applicable Plan Limit amount.

6. **Hospital Room Rates.** The Applicable Plan Limit for hospital room charges will be based on 110% of the hospital's most recent cost ratio, reported to the Centers for Medicare and Medicaid Services ("CMS") and published in the American Hospital Directory as the "Medicare Cost Report" (the "CMS Cost Ratio").

7. **Operating Room, Recovery Room, and Anesthesia.** The Applicable Plan Limit for these hospital charges will be based on 110% of the hospital's CMS Cost Ratio.

8. **Emergency Room.** The Applicable Plan Limit for these hospital charges will be based on 200% of the hospital's CMS Cost Ratio.

In the event that the Plan Administrator determines that insufficient information is available to identify the Applicable Plan Limit for a specific service or supply using the listed guidelines above, consideration will be given to such fees for the most comparable services or supplies, and based upon comparative severity. The Plan Administrator reserves the right, in its sole discretion, to determine the Applicable Plan Limits amount for certain conditions, services and supplies using accepted industry-standard documentation, uniformly applied without discrimination to any Covered Person.

Notwithstanding any conflicting contracts or agreements, the Plan may consider the Applicable Plan Limits as the maximum amount of covered medical expense that may be considered for reimbursement under the Plan, and may apply this determination in lieu of any PPO network provider hospitals' per diem, DRG rates or PPO discounted rates to the amount considered for reimbursement under the Plan.



Exhibit I to Plaintiff's Memorandum in Opposition

# 17. CLAIMS AND APPEALS

There are specific timeframes for health care recipients (e.g., "Covered Persons" or "claimants") and Plan Administrators to follow regarding claims filing, and the appeals and denial process. All claims must be received by TLC Benefit Solutions, Inc. within 120 days from date of service. All claims and questions regarding health claims should be directed to the Plan Administrator. The Plan Administrator shall be ultimately and finally responsible for adjudicating such claims and for providing full and fair review of the decision on such claims in accordance with the following provisions and with ERISA. Benefits under the Plan will be paid only if the Plan Administrator decides in its discretion that the claimant is entitled to them. For purposes of this Claims and Appeals section, in the context of Referred Appeals, the term "Plan Administrator" shall be deemed to mean the "Designated Decision Maker."

Each claimant claiming benefits under the Plan shall be responsible for supplying, at such times and in such manner as the Plan Administrator its sole discretion may require, written proof that the expenses were incurred or that the benefit is covered under the Plan. If the Plan Administrator in its sole discretion shall determine that claimant has not incurred a covered expense or that the benefit is not covered under the Plan, or if the claimant shall fail to furnish such proof as is requested, no benefits shall be payable under the Plan.

Under the Plan, there are three types of claims: Pre-service Non-urgent, Concurrent Care and Post-service.

## Pre-service Claims

A "Pre-service Claim" is a claim for a benefit under the Plan where the Plan conditions receipt of the benefit, in whole or in part, on approval of the benefit in advance of obtaining medical care.

A "Pre-service Urgent Care Claim" is any claim for medical care or treatment with respect to which the application of the time periods for making non-urgent care determinations could seriously jeopardize the life or health of the claimant or the claimant's ability to regain maximum function, or, in the opinion of a physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

It is important to remember that, if a claimant needs medical care for a condition which could seriously jeopardize his life, there is no need to contact the Plan for prior approval. The claimant should obtain such care without delay.

Further, since the Plan does not require the claimant to obtain approval of a medical service prior to getting treatment in an urgent care situation, there are no "Pre-service Urgent Care Claims" under the Plan. The claimant simply follows the Plan's procedures with respect to any notice which may be required after receipt of treatment, and files the claim as a Post-service Claim.

A "Pre-Service Non-urgent Care Claim" is a claim for a benefit under the Plan where the Plan conditions receipt of the benefit, in whole or in part, on approval of the benefit in advance of obtaining medical care. This claim does not involve urgent care because there is not a serious jeopardy to the life or health of the claimant, and severe pain is not involved (See definition of "Pre-service Urgent Care Claim" above).



Exhibit I to Plaintiff's Memorandum in Opposition

## Concurrent Claims

A "Concurrent Claim" arises when the Plan has approved an on-going course of treatment to be provided over a period of time or number of treatments, and either (a) the Plan determines that the course of treatment should be reduced or terminated, or (b) the claimant requests extension of the course of treatment beyond that which the Plan has approved.

If the Plan does not require the claimant to obtain approval of a medical service prior to getting treatment, then there is no need to contact the Plan Administrator to request an extension of a course of treatment. The claimant simply follows the Plan's procedures with respect to any notice which may be required after receipt of treatment, and files the claim as a Post-service Claim.

## Post-service Claims

A "Post-service Claim" is a claim for a benefit under the Plan after the services have been rendered.

# HOW TO FILE A CLAIM

The Covered Person (or health care provider) should submit an initial claim for benefits to the Plan Administrator using a form that is acceptable to the Plan Administrator. A Pre-service Non-Urgent Care Claim (including a Concurrent Claim that also is a Pre-service Non-Urgent Care Claim) is considered to be filed when the request for approval of treatment or services is made and received by the Plan Administrator in accordance with the Plan's procedures, which normally require such Pre-service claim to be submitted in writing. A Post-service Claim is considered to be filed when the following information is received in writing by the Plan Administrator.
For Plan reimbursements, submit bills for service rendered. **ALL BILLS AND CLAIMS MUST BE RECEIVED BY TLC BENEFIT SOLUTIONS, INC WITHIN 120 DAYS FROM DATE OF SERVICE. ALL BILLS MUST SHOW:**

-Name of Plan
-Group number of Plan
-Employee's name
- Name of patient
-Name, address, telephone number of the provider of care
-Diagnosis
-Type of services rendered, with diagnosis and/or procedure codes
-Date of service
-Charges

**Send the above via U.S. Postal Service to the Plan Administrator, within 120 days from date of service to this address:**

**TLC Benefits Solutions, Inc.**
**P. O. Box 947 Valdosta, GA 31603-0947**
**229-249-0940 or 877-949-0940**

Upon receipt of this information, the claim will be deemed to be filed with the Plan. All questions about how to file a claim should be directed to the TLC Benefits Solutions as shown above.



Exhibit I to Plaintiff's Memorandum in Opposition

Any communication regarding benefits that is not made in accordance with the procedures outlined above will not be treated as a claim under these procedures. However, if a communication is received regarding an incorrectly filed Pre-service Non-urgent request for benefits, the claimant will be notified as soon as possible (within 5 days) after the Plan receives the incorrectly-filed information, explaining that the request is not a claim. The notice will describe the proper procedures for filing a claim. This notice may be given verbally unless written notice is specifically requested by the claimant.

## Timing of Claim Decisions

After a claim is properly filed, the Plan Administrator shall notify the claimant, in accordance with the provisions set forth below, of any adverse benefit determination (and, in the case of Pre-service Claims and Concurrent Claims, of decisions that a claim is payable in full) within the following timeframes:

**Pre-service Non-urgent Care Claims:**

o A determination will be made in a reasonable period of time appropriate to the medical circumstances, but not later than 15 days after receipt of the claim. This initial 15-day timeframe may be extended by the Plan for another 15 days as explained in the section below related to Extensions. If the timeframe has been extended, the determination will be made by the end of the 15-day extension period. In certain cases, such as when a request for additional information has been made by the Plan, the period of time for deciding the claim is tolled until the date the information is timely provided. For additional information, see the section below entitled "Extensions - Pre-service Non-urgent Care Claims."

**Concurrent Claims:**

o Plan Notice of Reduction or Termination. If the Plan has determined that an initially approved course of treatment should be reduced or terminated (other than by Plan amendment or Plan termination), this will be treated as an adverse benefit determination, and the claimant will be notified sufficiently in advance to allow the claimant to appeal the decision before the care is reduced or terminated.

o Request by Claimant Involving Non-urgent Care. If the claimant has requested that the Plan extend an initially approved course of treatment beyond the period of time or number of treatments that has been approved, the request will be treated as a new benefit claim and decided within the timeframe appropriate to the type of claim (either as a Pre-service Non-urgent Claim or a Post-service Claim).

**Post-service Claims:**

o A determination will be made within a reasonable period of time, but not later than 30 days after receipt of the claim. This initial 30-day timeframe may be extended by the Plan for up to 15 days as explained in the section below related to Extensions. If the timeframe has been extended, the determination will be made by the end of the 15-day extension period. In certain cases, such as when a request for additional information has been made by the Plan, the period of time for deciding the claim is tolled until the date the information is timely provided. For additional information, see the section below entitled "Extensions - Post-service Claims."

THE **LANGDALE** COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

**Extensions - Pre-service Non-urgent Care Claims.** The initial 15-day period to decide a claim may be extended by the Plan for up to 15 days, provided that the Plan Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the claimant, prior to the expiration of the initial 15-day processing period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If an extension is necessary due to a failure of the claimant to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and the claimant will be given at least 45 days from receipt of the notice within which to provide the information requested. The period of time for deciding the claim will be tolled from the date on which the notification of the extension is sent to the claimant, until the date on which the claimant timely responds to the request for information. If the requested information is not provided, the claim may be decided without that information. Despite these specified timeframes, claimants may voluntarily agree to provide the Plan additional time within which to make a decision on a claim.

**Extensions - Post-service Claims.** The initial 30-day period to decide a claim may be extended by the Plan for up to 15 days, provided that the Plan Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the claimant, prior to the expiration of the initial 30-day processing period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision. If an extension is necessary due to a failure of the claimant to submit the information necessary to decide the claim, the notice of extension will specifically describe the required information, and the claimant will be given at least 45 days from receipt of the notice within which to provide the information requested. The period of time for deciding the claim will be tolled from the date on which the notification of the extension is sent to the claimant, until the date on which the claimant timely responds to the request for information. If the requested information is not provided, the claim may be decided without that information. Despite these specified timeframes, claimants may voluntarily agree to provide the Plan additional time within which to make a decision on a claim.

**Calculating Time Periods.** The period of time within which a benefit determination will be made shall begin at the time a claim is deemed to be filed in accordance with the procedures of the Plan.

## Notification of an Adverse Benefit Determination

The Plan Administrator shall provide a claimant with a notice, either in writing or electronically, containing the following information:

1. A reference to the specific portion(s) of the Plan Document and Summary Plan Description upon which a denial is based;

2. Specific reason(s) for a denial;

3. A description of any additional information necessary for the claimant to perfect the claim and an explanation of why such information is necessary;

4. A description of the Plan's review procedures and the time limits applicable to the procedures, including a statement of the claimant's right to bring a civil action under Section 502(a)

THE **LANGDALE** COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

of ERISA following an adverse benefit determination on final review;

5. Any internal rule, guideline, protocol or similar criterion that was relied upon in making the determination (or a statement that it was relied upon and that a copy will be provided to the claimant, free of charge, upon request); and

6. In the case of denials based upon a medical judgment (such as whether the treatment is medically necessary or experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's medical circumstances, or a statement that such explanation will be provided to the claimant, free of charge, upon request.

## Appeals of Adverse Benefit Determinations

### Full and Fair Review of All Claims

In cases where a claim for benefits is denied, in whole or in part, and the claimant believes the claim has been denied wrongly, the claimant may appeal the denial and review pertinent documents. The claims procedures of this Plan provide a claimant with a reasonable opportunity for a full and fair review of a claim and adverse benefit determination. More specifically, the Plan provides:

1 Claimants at least 180 days following receipt of a notification of an initial adverse benefit determination within which to appeal the determination and 60 days to appeal a second adverse benefit determination. (These periods are reduced to 30 days if the Plan has reduced or terminated a previously approved ongoing course of treatment before the end of the approved period of time or number of treatments, and the claimant desires to appeal that decision.);

2 Claimants the opportunity to submit written comments, documents, records, and other information relating to the claim for benefits;

3 For a review that does not afford deference to the previous adverse benefit determination and that is conducted by the Plan Administrator, who shall be neither the individual who made the adverse benefit determination that is the subject of the appeal, nor the subordinate of such individual;

4 For a review that takes into account all comments, documents, records, and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in any prior benefit determination;

5 That, in deciding an appeal of any adverse benefit determination that is based in whole or in part upon a medical judgment, the Plan Administrator shall consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment, who is neither an individual who was consulted in connection with the adverse benefit determination that is the subject of the appeal, nor the subordinate of any such individual;

6 For the identification of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with a claim, even if the Plan did not rely upon their advice; and



Exhibit I to Plaintiff's Memorandum in Opposition

7 That a claimant will be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits in possession of the Plan Administrator.

# First Appeal Level

## Requirements for First Appeal

The claimant must file the first appeal in writing within 180 days following receipt of the notice of an adverse benefit determination. (The 180-day period is reduced to 30 days if appealing the Plan's decision to reduce or terminate a previously approved ongoing course of treatment before the end of the approved period of time or number of treatments.) To file an appeal in writing, the claimant's appeal must be addressed as follows and mailed as follows:

TLC Benefits Solutions, Inc.
P. O. Box 947 Valdosta, GA 31603-0947
229-249-0940 or 877-949-0940

It shall be the responsibility of the claimant to submit proof that the claim for benefits is covered and payable under the provisions of the Plan. Any appeal must include:

1. The name of the employee/claimant;
2. The employee/claimant's address and telephone number
3. The group name or group identification number;
4. All facts and theories supporting the claim for benefits. Failure to include any theories or facts in the written appeal will result in their being deemed waived. In other words, the claimant will lose the right to raise factual arguments and theories which support his claim if he fails to include them in the written appeal;
5. A statement in clear and concise terms of why the employee/claimant disagrees with the reason(s) given for denying the claim or with the prior handling of the claim; and
6. Any material or information that the claimant has which indicates that the claimant is entitled to benefits under the Plan.

## Timing of Notification of Benefit Determination on First Appeal

The Plan Administrator shall notify the claimant of the Plan's benefit determination on review within the following timeframes:

**Pre-service Non-urgent Care Claims.** Within a reasonable period of time appropriate to the medical circumstances, but not later than 15 days after receipt of the appeal.

**Concurrent Claims.** The response will be made in the appropriate time period based upon the type of claim - Pre-service Non-urgent or Post-service.

**Post-service Claims.** Within a reasonable period of time, but not later than 30 days after receipt of the appeal.

**Calculating Time Periods.** The period of time within which the Plan's determination is required to be made shall begin at the time an appeal is filed in accordance with the procedures of this

Confidential                    17-6                    01/01/08



Exhibit I to Plaintiff's Memorandum in Opposition

Plan, without regard to whether all information necessary to make the determination accompanies the filing.

## Manner and Content of Notification of Adverse Benefit Determination on First Appeal.

The Plan Administrator shall provide a claimant with notification, with respect to all types of claims, in writing or electronically, of a Plan's adverse benefit determination on review, setting forth:

1. The specific reason or reasons for the denial;
2. Reference to the specific portion(s) of the Plan Document and Summary Plan Description on which the denial is based;
3. The identity of any medical or vocational experts consulted in connection with the claim, even if the Plan did not rely upon their advice;
4. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits;
5. If an internal rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination, a statement that such rule, guideline, protocol, or other similar criterion was relied upon in making the adverse determination and that a copy of the rule, guideline, protocol, or other similar criterion will be provided free of charge to the claimant upon request;
6. If the adverse benefit determination is based upon a medical judgment, a statement that an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's medical circumstances, will be provided free of charge upon request;
7. A description of any additional information necessary for the claimant to perfect the claim and an explanation of why such information is necessary;
8. A description of the Plan's review procedures (including instructions that all second appeals must be sent to both the Plan Administrator and the DDM) and the time limits applicable to the procedures;
9. A statement of the claimant's right to bring an action under section 502(a) of ERISA, following an adverse benefit determination on final review; and
10. The following statement: "You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your state insurance regulatory agency."

## Furnishing Documents in the Event of an Adverse Determination

In the case of an adverse benefit determination on review, the Plan Administrator shall provide such access to, and copies of, documents, records, and other information described in items 3 through 7 of the section relating to "Manner and Content of Notification of Adverse Benefit Determination on First Appeal" as appropriate.

# Second Appeal Level

## Adverse Decision on First Appeal; Requirements for Second Appeal

Upon receipt of notice of the Plan's adverse decision regarding the first appeal, the claimant has

THE LANGDALE COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

60 days to file a second appeal of the denial of benefits. The claimant again is entitled to a "full and fair review" of any denial made at the first appeal, which means the claimant has the same rights during the second appeal as he or she had during the first appeal. As with the first appeal, the claimant's second appeal must be in writing and must include all of the items set forth in the section entitled "Requirements for First Appeal." Second appeals must be sent to both the Plan Administrator and the DDM.

**To the Plan Administrator:**
TLC Benefits Solutions, Inc.
P. O. Box 947 Valdosta, GA 31603-0947

**To the Designated Decision Maker:**
ELAP, Inc. 961 Pottstown Pike Chester Springs, PA 19425

### Timing of Notification of Benefit Determination on Second Appeal

The Plan Administrator shall notify the claimant of the Plan's benefit determination on review within the following timeframes:

**Pre-service Non-urgent Care Claims.** Within a reasonable period of time appropriate to the medical circumstances, but not later than 15 days after receipt of the second appeal.

**Concurrent Claims.** The response will be made in the appropriate time period based upon the type of claim - Pre-service Non-urgent or Post-service.

**Post-service Claims.** Within a reasonable period of time, but not later than 30 days after receipt of the second appeal.

**Calculating Time Periods.** The period of time within which the Plan's determination is required to be made shall begin at the time the second appeal is filed in accordance with the procedures of this Plan, without regard to whether all information necessary to make the determination accompanies the filing.

### Manner and Content of Notification of Adverse Benefit Determination on Second Appeal

The same information must be included in the Plan's response to a second appeal as a first appeal, except for (i) a description of any additional information necessary for the claimant to perfect the claim and an explanation of why such information is needed; and (ii) a description of the Plan's review procedures and the time limits applicable to the procedures. See the section entitled "Manner and Content of Notification of Adverse Benefit Determination on First Appeal."

### Furnishing Documents in the Event of an Adverse Determination

In the case of an adverse benefit determination on the second appeal, the Plan Administrator shall provide such access to, and copies of, documents, records, and other information described in items 3 through 7 of the section relating to "Manner and Content of Notification of Adverse Benefit Determination on First Appeal" as is appropriate.

THE LANGDALE COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition

## Decision on Second Appeal to be Final

If, for any reason, the claimant does not receive a written response to the appeal within the appropriate time period set forth above, the claimant may assume that the appeal has been denied. The decision by the Plan Administrator on review will be final, binding and conclusive and will be afforded the maximum deference permitted by law. All claim review procedures provided for in the Plan must be exhausted before any legal action is brought. Any legal action for the recovery of any benefits must be commenced within one year after the Plan's claim review procedures have been exhausted.

## Appointment of Authorized Representative

A claimant is permitted to appoint an authorized representative to act on his behalf with respect to a benefit claim or appeal of a denial. An assignment of benefits by a claimant to a provider will not constitute appointment of that provider as an authorized representative. To appoint such a representative, the claimant must complete a form which can be obtained from the Plan Administrator. In the event a claimant designates an authorized representative, all future communications from the Plan will be with the representative, rather than the claimant, unless the claimant directs the Plan Administrator, in writing, to the contrary.

## Provider of Service Appeal Rights

A Covered Person may appoint the provider of service as the Authorized Representative with full authority to act on his or her behalf in the appeal of a denied claim. An assignment of benefits by a Covered Person to a provider of service will not constitute appointment of that provider as an Authorized Representative. However, in an effort to ensure a full and fair review of the denied claim, and as a courtesy to a provider of service that is not an Authorized Representative, the Plan will consider an appeal received from the provider in the same manner as a claimant's appeal, and will respond to the provider and the claimant with the results of the review accordingly. Any such appeal from a provider of service must be made within the time limits and under the conditions for filing an appeal specified under the section, "Claims and Appeals", above. Providers requesting such appeal rights under the Plan must agree to pursue reimbursement for covered medical expenses directly from the Plan, waiving any right to recover such expenses from the claimant, and comply with the conditions of the section, "Requirements for Appeal", above.

> For purposes of this section, the provider's waiver to pursue covered medical expenses does not include the following amounts, which will remain the responsibility of the claimant:
> · Deductibles;
> · Copayments;
> · Coinsurance;
> · Penalties for failure to comply with the terms of the Plan;
> · Charges for services and supplies which are not included for coverage under the Plan, and
> · Amounts which are in excess of any stated Plan maximums or limits. Note: this does not apply to amounts found to be in excess of Applicable Plan Limits, as defined in the section, "Claim Review and Audit Program". The claimant will not be held responsible for any amounts found to be in excess of Applicable Plan Limits.

Contact the Plan Administrator for additional information regarding provider of service appeals.

THE LANGDALE COMPANY

Exhibit I to Plaintiff's Memorandum in Opposition